KEITH H. RUTMAN (CSB #144175)
110 West A St., Suite 725
San Diego, California 92101-3705
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Plaintiff
JERRY NOBLES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Roger T. Benitez)

| | |
|---|---|
| JERRY NOBLES, | Case No. 10-CV-1997-BEN (DHB) |
| Plaintiff, | PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY REGARDING ACCURACY OF PLAINTIFF'S MEMORY |
| v. | |
| UNITED STATES OF AMERICA, | TRIAL DATE: 5/8/12 @ 9:00 |
| Defendant. | COURTROOM: 3 |

PLEASE TAKE NOTICE that on May 8, 2012, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff JERRY NOBLES, by and through his attorney of record, KEITH H. RUTMAN, will move the Court, in limine, to exclude the testimony of defense expert Dr. Mark Kalish, M.D., that Plaintiff is an "an individual with significant pre-existing psychiatric problems which have impaired his ability to accurately perceive and recollect."

**MOTIONS**

COMES NOW Plaintiff JERRY NOBLES, by and through his attorney of record, KEITH H. RUTMAN, and hereby moves the Court, in limine, to exclude the testimony of defense expert Dr. Mark Kalish, M.D., that Plaintiff is an "an individual with significant pre-existing psychiatric problems which have impaired his ability to accurately perceive and recollect."

Said motion is based on the instant Notice, Motion, the attached Memorandum of Points and Authorities, the records and files in the instant case, and any and all other

matters which may be presented to the Court prior to or at the time of the hearing of said motion.

Respectfully Submitted,

Dated: April 23, 2012

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 23, 2012 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of California, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsel of record in this case.

Dated: April 23, 2012

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com