MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOBLES    VS    UNITED STATES OF AMERICA

Case Number:   10CV1997-BEN(DHB)    **WITNESS LIST**    Type of Hearing:  BENCH TRIAL

| DATE | PLF. | DEF. | WITNESS NAME |
|---|---|---|---|
| May 8, 2012 | X | | JERRY NOBLES |
| May 8, 2012 | X | | ADRIAN CHAVIRA |
| May 8, 2012 | X | | VAN JUN VALENTEROS |
| May 8, 2012 | X | | MANUEL BALLARD |
| May 8, 2012 | | X | JOHN HILTON |
| May 8, 2012 | | X | ADRIAN CHAVIRA |